# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2023

## NO. 03-23-00571-CR

### Ex parte Isaac Benavidez

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH**

This is an appeal from the trial court's denial of appellant's application for writ of habeas corpus. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.